**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Keith Eugene Washington, | Civil No. 18-1464 (DWF/TNL) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Stephen Joseph Craane, Physician (MD); Deborah Ann MacNeill, Psychiatrist; Lon Joseph Augdahl, Psychiatrist; Diane Medchill, Behavioral Health Ass. Director; Kathy Reid, Health Service Administrator; David Reishus, Ass. Warden of Operations; Nan Larson, Director of Health Service; and Jane Does, Nurses, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated April 18, 2019. (Doc. No. 38.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Tony N. Leung's April 18, 2019 Report and Recommendation (Doc. No. [38]) is **ADOPTED**.

2. The motion to dismiss of defendants Diane Medchill, Kathy Reid, David Reishus, and Nan Larson (Doc. No. [20]) is **GRANTED**.

3. Defendants Medchill, Reid, Reishus, and Larson are **DISMISSED WITHOUT PREJUDICE** from this action.

Dated:  May 16, 2019
                                      s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge