# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Keith Eugene Washington, | Civil No. 18-1464 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Joseph Craane, Deborah Ann MacNeill, and Lon Joseph Augdahl, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated March 9, 2020 (Doc. No. 70). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based on the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Tony N. Leung's Report and Recommendation dated March 9, 2020 (Doc. No. [70]) is **ADOPTED**.

2. The Motion for Summary Judgment by Defendants Stephen Craane, M.D., Deborah MacNeill, M.D., and Lon Augdahl, M.D. (Doc. No. [46]) is **GRANTED**.

3. This matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 31, 2020            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge